# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETT

IN RE:

 PAUL R. SAGENDORPH, II.,

WELLS FARGO BANK, N.A.
                Appellant(s)
v.                                                    CIVIL ACTION NO.  15cv40103-MGM

 PAUL R. SAGENDORPH, II
                SAppellee (s)

**JUDGMENT IN A CIVIL CASE**

 MASTROIANNI, U.S.D.J,:

☐      **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried
        and the jury has rendered its verdict.

X       **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have
        been tried or heard and a decision has been rendered.

        **IT IS  ORDERED AND ADJUDGED**

                JUDGMENTof Dismissal entered pursuant to the Electronic Endorsed Order of the

Court entered this date denying the Appellant's Motion to Stay Order Pending Appeal and, sua

sponte, dismissing the appeal. .

                                ROBERT M. FARRELL,
                                CLERK OF COURT

Dated:  July 31,  2015                          By  /s/   Mary Finn
                                        Deputy Clerk

NOTE:  The post judgment interest rate effective this date is _____%.

(mefjudgment.wpd - 3/7/2005)